THOMAS J. DUNN, as Sheriff of the City and County of New York, et al., Respondents, *v.* ELIZA J. ARKENBURGH, as Executrix of ROBERT H. ARKENBURGH, Deceased, Appellant, Impleaded with Another.

*Dunn* v. *Arkenburgh,* 48 App. Div. 518, affirmed.
(Submitted January 24, 1901; decided February 15, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 17, 1900, affirming a judgment in favor of plaintiffs

entered upon a decision of the court at a Trial Term without a jury.

*Charles Edward Souther* for appellant.

*Robert F. Little* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.